**Earl R. JEFFERS, Respondent,**

v.

**DIRECTOR OF REVENUE, Appellant.**

**No. WD 65720.**

Missouri Court of Appeals, Western District.

Nov. 28, 2006.

Jessica J. Hulting, Assistant Attorney General, Jefferson City, MO, for appellant.

Michael W. Hanna, Raytown, MO, Dennis J. Campbell Owens, Co–Counsel, Kansas City, MO for respondent.

Before NEWTON, P.J., BRECKENRIDGE and SPINDEN, JJ.

### *ORDER*

PER CURIAM.

The Director of Revenue appeals the judgment of the trial court setting aside the director's one-year revocation of Earl R. Jeffers' driver's license. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).